**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CRYSTAL COOPER**                                                          **PLAINTIFF**

**V.**                                                   **1:16-CV-00147-DMB-DAS**

**MONROE COUNTY, MISSISSIPPI**                                  **DEFENDANT**

## ORDER OF DISMISSAL

On March 7, 2017, Crystal Cooper filed a "Joint Stipulation of Dismissal with Prejudice," which is signed on her behalf and on behalf of Monroe County, Mississippi, in which the parties "pursuant to the provisions of FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), hereby stipulate that this action may be dismissed with prejudice, with each party to bear its own costs." Doc. #42. Accordingly, this action is **DISMISSED with prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 10th day of March, 2017.

                                                           **/s/ Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**